```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (STATE BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO. C 07 0818 MJJ |
| Plaintiffs, | STIPULATION AND ~~PROPOSED~~ ORDER TO REFER MATTER TO MEDIATION |
| vs. | |
| K & M INSTALLATION, INC., etc., | |
| Defendant. | |

The parties have met and conferred by conference call, and desire to have the case referred to mediation, IT IS STIPULATED that this case be referred to mediation.

DATED: APR 2 4 2007

_____
Michael J. Carroll
Attorneys for Plaintiffs

DATED: Apr 24 2007

_____
Robert M. Cassel
Attorneys for Defendant

IT IS SO ORDERED.

DATED: 4/27/07

_____
Honorable Martin J. Jenkins

**STIPULATION & PROPOSED ORDER TO REFER MATTER TO MEDIATION**