```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>K & M INSTALLATION, INC., etc.,<br><br>             Defendant.<br>_____ | NO.  C 07 0818 MJJ<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER |

The parties report the status of this case as follows:

Defendant has filed an Answer in this case, the parties have Stipulated to Refer the Matter to Mediation and are engaged in informal settlement discussions.  It is requested that the Case Management Conference be continued to July 24, 2007.

IT IS STIPULATED that the Case Management Conference be continued from May 15, 2007 to July 24, 2007 at 2:00 p.m. in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco.

////

////

1 | Date:      May 8, 2007                    ERSKINE & TULLEY
2 |                                            A PROFESSIONAL CORPORATION
3 |                                            By: /s/ Michael J. Carroll
4 |                                                Michael J. Carroll
  |                                                Attorneys for Plaintiffs
5 | Date:      May 8, 2007
6 |
7 |                                                /s/ Robert M. Cassel
  |                                                Robert M. Cassel
8 |                                                Attorney for Defendant
9 |                                    ORDER
  | IT IS SO ORDERED.
10 |
11 | Dated: 5/10/2007
  |                                            _____
12 |                                            Honorable Martin J. Jenkins

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER        2